**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 05-cv-01932-EWN-OES

TOUCHSTAR SOFTWARE CORP., a Delaware corporation,

        Plaintiff,

v.

DATARESULTS CORP., an Arizona corporation,

        Defendant.

_____

DATARESULTS CORP., an Arizona corporation,

        Counterclaimant,

v.

TOUCHSTAR SOFTWARE CORP., a Delaware Corporation,

        Counterdefendant.

## PRELIMINARY INJUNCTION ORDER

Having considered the Stipulation to Entry of Preliminary Injunction Order of Plaintiff/Counterdefendant, TouchStar Software Corp. ("Plaintiff") and Defendant/Counterclaimant, DataResults Corp. ("DataResults"), and good cause appearing therefor,

Defendant's Motion for a Preliminary Injunction Order is granted, and the Plaintiff is enjoined as follows:

IT IS HEREBY ORDERED that Plaintiff shall immediately return to Defendant any and all tangible information, in whatever form, and destroy or delete all electronic files, data and information, concerning Defendant's customers and customer leads or concerning Defendant's customer and customer lead contracts and relationships, or concerning Defendant's services, pricing or financial information that Plaintiff obtained as a result of or in connection with the parties' Reseller Agreement and/or business relationship, and any information that is derived from such information.

IT IS HEREBY FURTHER ORDERED that Plaintiff is enjoined from and shall not maintain, store, disclose, or directly use any information, in whatever form, including, but not limited to, electronic records, concerning any of Defendant's customers and customer leads or concerning Defendant's customer and customer lead contracts and relationships, or concerning Defendant's services, pricing or financial information that Plaintiff obtained as a result of or in connection with the parties' Reseller Agreement and/or business relationship, and is further enjoined from and shall not disclose or directly use any knowledge that is derived from such information.

IT IS HEREBY FURTHER ORDERED, that Plaintiff is enjoined from and shall not, directly or indirectly, orally or in writing, contact or solicit any customer and/or customer lead of Defendant identified on Exhibit "A" hereto filed under seal herewith and incorporated herein by reference. Notwithstanding the foregoing, Plaintiff shall not be deemed in violation of this provision if Plaintiff receives an unsolicited communication from any of the customers/customer leads identified on Exhibit "A" hereto.

IT IS HEREBY FURTHER ORDERED that both Plaintiff and Defendant are enjoined from and shall not, directly or indirectly, make any false statement, oral or written, to any other

person or entity concerning the other party's performance, viability and ability to service customers.

Pursuant to the stipulation of the parties, the terms of this Preliminary Injunction Order shall take effect without bond, and shall remain in effect until the claims in this matter have been fully resolved through settlement, judgment after trial or otherwise, unless earlier modified or vacated by order of this Court, but in no event longer than twelve (12) months from the date of this Preliminary Injunction Order.

DATED this 29th day of November, 2005.

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge