IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05-cv-01932–EWN–MEH

TOUCHSTAR SOFTWARE CORP., a
Delaware corporation,

    Plaintiff,

v.

DATARESULTS CORP., an Arizona
corporation,

    Defendant.

## ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS

THE COURT, having considered the parties' Stipulated Motion to Dismiss all Claims and Counterclaims hereby finds and orders that the motion is GRANTED. TouchStar's claims and DataResults' counterclaims are hereby fully dismissed with prejudice, each party to bear its own costs and fees.

Dated: April 25, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham

                              United States District Judge